THE FARMERS' LOAN AND TRUST COMPANY, as Receiver of the Property and Estates of ROBERT BOWNE and ELIZABETH BOWNE, Deceased, Respondent, *v.* EDWARD W. BOWNE, Individually and as Executor of ROBERT BOWNE and of ELIZABETH BOWNE, Deceased, et al., Appellants, and JANE R. HAINES et al., Respondents.

*Farmers' Loan & Trust Co.* v. *Bowne,* 149 App. Div. 945, affirmed.
(Argued April 1, 1913; decided April 15, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 29, 1912, affirming a judgment of Special Term in an action for an accounting and distribution of certain moneys remaining in the hands of the plaintiff as receiver.

*John C. O'Conor* for appellants.

*Stephen W. Collins* and *Frederick Willets* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., WILLARD BARTLETT, HISCOCK, CHASE, CUDDEBACK and HOGAN, JJ. Not sitting: MILLER, J.